UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01204-CDB<br><br>ORDER GRANTING APPLICATION OF SARAH J. COHEN TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 11)<br><br>ORDER GRANTING APPLICATION OF ALLEN P. PEGG TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 12) |

　　　　The Court has considered the applications of Sarah J. Cohen and Allen P. Pegg, attorneys for Defendant Uber Technologies, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 11, 12).  In light of the applications and for good cause appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED:

　　　　The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated:　**November 22, 2024**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE