UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, | Case No. 1:24-cv-01204-CDB |
| Plaintiff, | ORDER ON STIPULATIONS SETTING BRIEFING SCHEDULE |
| v. | ORDER VACATING SCHEDULING CONFERENCE |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | (Docs. 14, 15) |

On October 7, 2024, Plaintiff Jose Gonzalez ("Plaintiff") initiated this action with the filing of a class action complaint against Defendant Uber Technologies, Inc. ("Defendant").  (Doc. 1). Defendant executed its waiver of the service of summons on October 28, 2024, and must file its responsive pleading by December 24, 2024.  (Doc. 4).  An initial scheduling conference is set for January 8, 2025, at 9:30 AM before the undersigned.  (Doc. 3).

Pending before the Court is the parties' stipulations to set a briefing and hearing schedule on Defendant's anticipated motion to dismiss and to continue the scheduling conference and related deadlines pending determination of the motion.  (Docs. 14, 15).  The parties represent that granting the relief requested will preserve the resources of the parties and the Court while Defendant's motion to dismiss is pending.  (*Id.*).

///

///

In light of the parties' stipulated representations and good cause appearing, IT IS HEREBY ORDERED:

1.  Defendant shall file any motion to dismiss on or before **December 24, 2024**;

2.  Plaintiff shall file an opposition to any motion to dismiss by Defendant on or before **January 21, 2025**;

3.  Defendant shall file any reply to Plaintiff's opposition on or before **February 7, 2025**;

4.  Defendant shall notice any motion to dismiss for hearing according to Local Rule 230(b); and

5.  The January 8, 2025, scheduling conference (Doc. 2) is HEREBY VACATED to be reset as appropriate following disposition of Defendant's anticipated motion to dismiss.

IT IS SO ORDERED.

Dated:   **December 12, 2024**

UNITED STATES MAGISTRATE JUDGE